PROB 12B
(7/93)

Report Date: August 26, 2009

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

AUG 27 2009

JAMES R. LARSEN, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Request for Modifying the Conditions or Term of Supervision
## with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Travis Riehl                              Case Number: 2:07CR00080-001

Name of Sentencing Judicial Officer: The Honorable Robert H. Whaley, Senior U.S. District Judge

Date of Original Sentence: 6/16/2008                        Type of Supervision: Probation

Original Offense: Depredation of Government                 Date Supervision Commenced: 6/16/2008
Property, 18 U.S.C. § 1361

Original Sentence: Probation - 36 Months                    Date Supervision Expires: 6/15/2011

## PETITIONING THE COURT

To modify the conditions of supervision as follows:

17      You shall complete a mental health evaluation and follow any treatment recommendations, including taking
        prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of
        information between the supervising probation officer and treatment provider. You shall contribute to the
        cost of treatment according to your ability.

## CAUSE

The purpose of this petition is to apprise the Court of the offender's noncompliance and overall status in the District of Arizona.

Travis Riehl has failed to comply with special condition #15 whereas the Court ordered that he maintain employment and/or pursue a college or vocational education on a full-time basis. This can be accomplished by pursuing one or the other, full-time (not less than 30 hours per week) or in a combination (i.e., maintain part-time employment and attend college or vocational training part-time). If you are not employed or are not pursuing a course of education or training, you shall perform at least 4 hours of community service work 5 days or more per week, and shall utilize the remainder of each day for job search.

According to Susan Nork, U.S. Probation Officer, she reports the offender has failed to comply with the above-referenced special condition. Travis Riehl was asked whether he would waive his right to a hearing and agree to the modification as previously described. As indicated by the enclosed waiver of hearing to modify conditions of supervised release form, Mr. Riehl has agreed to the proposed modification.

Prob 12B
**Re: Riehl, Travis**
**August 26, 2009**
**Page 2**

It is respectfully recommended that the attached waiver of hearing to modify conditions of supervised release be adapted.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 8/26/09

_Tommy Rosser_
Tommy Rosser
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Other

Signature of Judicial Officer

Aug. 27, 2009
Date

PROB 49
(3/89)

# United States District Court

### Eastern District of Washington

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

To modify the conditions of supervision as follows:

17   You shall complete a mental health evaluation and follow any treatment recommendations, including taking prescribed medications, as recommended by the treatment provider. You shall allow reciprocal release of information between the supervising probation officer and treatment provider. You shall contribute to the cost of treatment according to your ability.

Witness: _____       Signed: _____
U.S. Probation Officer                                        Travis Riehl
                                                             Probationer or Supervised Releasee

8-4-09
Date